IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RYAN DATA EXCHANGE, LTD; and RYDEX TECHNOLOGIES LLC d/b/a RYDEX,<br><br>    Plaintiffs,<br><br>vs.<br><br>GRACO INC.,<br><br>    Defendant. | |
| GRACO INC.,<br><br>    Counterclaimant and Third-Party Plaintiff,<br><br>vs.<br><br>RYAN DATA EXCHANGE, LTD; and RYDEX TECHNOLOGIES LLC d/b/a RYDEX,<br><br>    Counterclaim Defendants,<br><br>and<br><br>MICHAEL C. RYAN; and RYDEX LTD.,<br><br>    Third-Party Defendants. | No. 4:14-cv-00198 – JEG<br><br>**VERDICT FORMS** |

1. Did the Rydex Parties prove that Graco breached the License Agreement by failing to pay royalties to the Rydex Parties from the period ending December 31, 2013, through the date of the expiration of the '180 patent on March 10, 2015?



      X                                _____
   Yes                                No

[If your answer to Question 1 was *yes*, please proceed to Question 2. If your answer to Question 1 was *no*, please proceed to Question 3.]

2. Having answered yes to Question 1, what, if any, are the Rydex Parties' damages?

$ $313,000.00

3. The Court having found as a matter of law that the Rydex Parties were in breach of the duty to prosecute infringement as of the date of the dismissal of the Badger Litigation on August 15, 2012, and that the Rydex Parties were in breach of the exclusivity provision of the License Agreement from the date of the dismissal of the Badger Litigation on August 15, 2012, until the expiration of the '180 patent on March 10, 2015, what, if any, are Graco's damages as a result of those breaches?

$ $0.00

4. Did Graco prove that the Rydex Parties breached the License Agreement by failing to provide Graco an exclusive license from the date the parties entered into the License Agreement on September 13, 2005, until the dismissal of the Badger litigation on August 15, 2012?

_____          ___X___
     Yes                  No

[If your answer to Question 4 was *yes*, please proceed to Question 5. If your answer to Question 4 was *no*, then do not answer any further questions, sign this Verdict Form, and notify the court security officer].

5. Having answered yes to Question 4, what, if any, are Graco's damages for breach of the exclusivity provision of the License Agreement from the date the parties entered into the License Agreement on September 13, 2005, until the dismissal of the Badger litigation on August 15, 2012?

$ _____

Dated: 11/17/16